UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-20456-CIV-MARTINEZ-BECERRA

JUAN RAMON GOMIS RABASSA,

    Petitioner,

v.

UNITED STATES OF AMERICA, *et al.*,

    Respondents.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on the Government's Motion to Dismiss Amended Petition to Quash (the "Motion to Dismiss"), (ECF No. 13). (ECF No. 21.) On April 13, 2023, Judge Becerra held a hearing on the Motion to Dismiss. (ECF No. 27.) On June 6, 2023, Judge Becerra filed a Report and Recommendation in which she recommended the Motion to Dismiss be granted. (ECF No. 28.) On June 21, 2023, Petitioner timely filed his objections to the Report and Recommendation (the "Objection"), (ECF No. 30). Respondents did not file any objections, and the time to object has passed. (*See* ECF No. 28 at 19.)

    This Court perused the entire file and record, reviewed applicable law, and conducted a *de novo* review of the issues the Objection present and is otherwise fully advised in the premises. After careful consideration, this Court finds that the issues raised in the Objection, (ECF No. 30), were already addressed in Judge Becerra's thorough and well-reasoned Report and Recommendation, (*see generally* ECF No. 28), or are without merit.

    Therefore, it is **ADJUDGED** that Judge Becerra's Report and Recommendation, (ECF No.

28), is **AFFIRMED** and **ADOPTED**. Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Objection, (ECF No. 30), is **OVERRULED**.

2. The Motion to Dismiss, (ECF No. 13), is **GRANTED**.

3. The Amended Petition to Quash Summons, (ECF No. 12), is **DISMISSED**.

4. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27 day of June, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record